IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IVAN ALEJANDRO IBARRA MORENO,    )
)
                Petitioner,    )
)
     v.    )    Case No. 25-3168-JWL
)
PAMELA BONDI, Attorney General,    )
KRISTI NOEM, Secretary,    )
   Department of Homeland Security;    )
SAMUEL OLSON, Field Office Director,    )
   U.S. Immigration and Customs Enforcement; and  )
C. CARTER, Warden, FCI-Leavenworth,    )
)
           Respondents.    )
)
_____)

## ORDER TO SHOW CAUSE

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials after he was granted deferral of removal.  The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **September 18, 2025**, why the writ should not be granted; and that petitioner is granted until **October 16, 2025**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response.  Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 21st day of August, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge