# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

IVAN ALEJANDRO IBARRA MORENO,

        Petitioner,

v.                                        Case No. 25-3168-JWL

PAMELA BONDI, KRISTI NEOM, SAMUEL OLSON and C. CARTER,

        Respondents.

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted.

Entered on the docket 10/15/25

**Dated: October 15, 2025**          SKYLER B. O'HARA
                                                CLERK OF THE DISTRICT COURT

                                                s/S. Nielsen-Davis
                                                **Deputy Clerk**